# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **ROSY BLUE, NV,** | Case No. 1:10CV205 |
| Plaintiff, | (Judge Michael R. Barrett) |
| -v- | |
| **EDMOND JOHN LANE, JR. a/k/a EDDIE LANE, individually, and EDB HOLDING COMPANY, LLC an Ohio limited liability company, d/b/a EDB's DIAMOND SHOWROOM n/k/a EDDIE LANE'S DIAMOND SHOWROOM** | **STIPULATED FINAL ENTRY OF DISMISSAL (WITH PREJUDICE)** |
| Defendants. | |

The above-referenced matter having been fully compromised and settled, and the Court being duly advised, Plaintiff Rosy Blue, NV ("Plaintiff") and Defendants Edmund John Lane, Jr. a/k/a Eddie Lane, individually, and EDB Holding Company, LLC, an Ohio limited liability company, d/b/a EDB's Diamond Showroom n/k/a Eddie Lane's Diamond Showroom (collectively "Defendants"), by and through counsel, hereby stipulate and agree pursuant to Federal Civil Rule 41(a)(2), that this action, and all claims and counterclaims the parties have or may have had against each other, shall be and hereby are dismissed, with prejudice, with each party to bear their own costs of court, if any.

IT IS SO ORDERED.

                                                          */s/ Michael R. Barrett*
                                                    MICHAEL R. BARRETT, JUDGE
                                                    UNITED STATES DISTRICT COURT

STIPULATED AND AGREED BY:

/s/ Kenyetta N. Alexander by D.E. Izenson per email authorization 1/3/12
Mark R. Osherow, Esq. (*admitted pro hac vice*)
(FL # 997013)
Kenyetta N. Alexander, Esq. (*admitted pro ha vice*)
(FL # 036815)
Katz Barron Squitero Faust
100 NE Third Ave., Suite 280
Ft. Lauderdale, Florida 33301
Phone: (954) 522-3636
Fax: (954) 522-5119
mosherow@adorno.com
kalexander@adorno.com

and

Garry W. O'Donnell, Esq. (OH # 0032926)
Buckingham, Doolittle & Burrough, LLP
5355 Town Center Rd., Ste. 900
Boca Raton, Florida 33486
Phone: (561) 241-0414
Fax: (561) 241-9766
godonnell@bdblaw.com

*Attorneys for Plaintiff,*
*Rosy Blue, NV*


/s/ Daniel E. Izenson
James E. Burke, Esq. (0032731)
Daniel E. Izenson, Esq. (0047086)
Benjamin G. Stewart, Esq. (0082638)
Keating Muething & Klekamp, PLL
One East Fourth Street; Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
jburke@kmklaw.com
dizenson@kmklaw.com
bgstewart@kmklaw.com

*Attorneys for Defendants,*
*Edmund John Lane, Jr. and*
*EDB Holding Company, LLC*